UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 14-2511 (DEA) |
| v. | : | |
| BRIDGETT COATES | : | **CONTINUANCE ORDER** |

RECEIVED
OCT 10 2014
DOUGLAS E. ARPERT
U.S. MAGISTRATE JUDGE

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Molly S. Lorber, Assistant U.S. Attorney), and defendant Bridgett Coates (by Brian Reilly, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter to allow the parties to discuss the evidence and explore the possibility of negotiating a plea agreement; two continuance having previously been granted by the Court; the defendant being aware that she has the right to have the matter submitted to a grand jury within thirty days of the date of her arrest pursuant to Title 18, United States Code, Section 3161(b); the defendant having consented to the continuance and waived such right; and for good cause shown,

IT IS on this 10th day of October, 2014,

ORDERED that from the date this Order is entered, to and including November 10, 2014, shall be excluded in calculating the time under the Speedy Trial Act for the following reasons:

1. Both the United States and the defendant desire additional time to discuss the evidence and possible plea negotiations, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

2. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

HON. DOUGLAS E. ARPERT
United States Magistrate Judge

Form and entry consented to:

Brian Reilly, Esq.
Counsel for Defendant

Molly S. Lorber
Assistant U.S. Attorney

Harvey Bartle
Assistant U.S. Attorney
Attorney-in-Charge,
Trenton Office

2